**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NITE LIFE EAST, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Little Darlings** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4547697** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8290 Broadway** **Lemon Grove, CA 91945** | **c/o CT Corporation System, RA** **701 S. Carson Street, Suite 200** **Carson City, NV 89701** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Carson** | **Location of principal assets, if different from principal place of business** |
| County | **1560 N. Magnolia Avenue El Cajon, CA 92020** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **NITE LIFE EAST, LLC**                                          Case number (*if known*) _____
_____
            Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __7139__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor  **NITE LIFE EAST, LLC**                                      Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **NITE LIFE EAST, LLC**                                              Case number (*if known*) _____
            Name

■ $50,001 - $100,000               ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million             ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor    **NITE LIFE EAST, LLC**                                     Case number (*if known*) _____
_____
Name

---

■ **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/14/24
                MM / DD / YYYY

X _____          **Basem Itani**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

---

**18. Signature of attorney**    X  /s/ Jeanette E. McPherson          Date  05/14/2024
                                Signature of attorney for debtor                MM / DD / YYYY

**Jeanette McPherson**
Printed name

**Fox Rothschild LLP**
Firm name

**1900 Festival Plaza Drive**
**Suite 700**
**Las Vegas, NV 89135**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 262-6899**     Email address  **JMcPherson@foxrothschild.com**

**5423 NV**
Bar number and State

# NITE LIFE EAST, LLC

## ACTION BY WRITTEN CONSENT OF THE MANAGER

IT IS RESOLVED that in the judgment of the Manager, it is desirable and in the best interests of **Nite Life East, LLC**, a Nevada domestic limited liability company (the "Company"), that the Company commence a Chapter 7 case (the "Chapter 7 Case") by filing a voluntary petition for relief under the provisions of chapter 7 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Manager of the Company or any other duly authorized officer or officers (the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 7 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Nevada, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 7 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 7 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 7 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 7 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 7 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers or the Manager of the Company to file the voluntary petition for relief under chapter 7 of the Bankruptcy Code or in any other connection with the chapter 7 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 2 4 day of April, 2024.

**NITE LIFE EAST, LLC,**
**a Nevada domestic limited liability company**

**By: IMAGINATION CORPORATION,**
**Manager of NITE LIFE EAST, LLC**

By: _____
DONALD KRONTZ, President

**Fill in this information to identify the case:**

Debtor name   **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/14/24          x _____
                                          Signature of individual signing on behalf of debtor

                                          **Basem Itani**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ _____ **44,321.42**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ _____ **44,321.42**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ _____ **15,034.66**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____ **42,022.00**

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                                                                            $ _____ **57,056.66**

**Fill in this information to identify the case:**

Debtor name   **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Oxford Bank**<br>**60 South Washington Street**<br>**Oxford, MI  48371** | **Business Checking** | **1537** | **$28,498.94** |

4.   **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1.  **Funds held by ADP (Debtor's payroll company) for uncashed employee checks.  See attached list.** | | **$5,822.48** |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$34,321.42**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor   **NITE LIFE EAST, LLC**                                   Case number *(If known)* _____
         Name

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Attached List (Magnolia location) | $0.00 | N/A | $10,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.    | **$10,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Debtor    **NITE LIFE EAST, LLC**                                Case number *(If known)* _____
          Name

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Debtor    **NITE LIFE EAST, LLC**
          Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,321.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,321.42 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,321.42 |

Schedule B - Question 4

| CHECK AMOUNT | DATE ISSUED | EMPLOYEE NAME |
|---|---|---|
| $ 391.62 | 12/8/2023 | CALDERON,GABRIELA V |
| $ 794.75 | 11/10/2023 | CALDERON,GABRIELA V |
| $ 590.41 | 1/19/2024 | CAMPOS,JEWEL L |
| $ 79.11 | 12/22/2023 | MARTINEZ,AMANDA |
| $ 112.17 | 12/8/2023 | NUNES,JESSICA |
| $ 553.66 | 1/19/2024 | NUNES,JESSICA |
| $ 758.68 | 1/5/2024 | RODRIGUEZ,KARLA G |
| $ 496.35 | 11/24/2023 | RODRIGUEZ,KARLA G |
| $ 331.72 | 12/8/2023 | RODRIGUEZ,KARLA G |
| $ 670.91 | 12/22/2023 | RODRIGUEZ,KARLA G |
| $ 819.20 | 1/19/2024 | RODRIGUEZ,KARLA G |
| $ 223.90 | 11/10/2023 | RODRIGUEZ,KARLA G |

$ 5,822.48  Total

**Fill in this information to identify the case:**

Debtor name **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **HVM Investment Co. Limited Partnership** | | |
|---|---|---|---|

Creditor's Name

**8252 E Lansing Rd Durand, MI 48429**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 2/6/2024**

**Last 4 digits of account number None**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. HVM Investment Co. Limited Partnership**
**2. Imagination Corporation**

**Describe debtor's property that is subject to a lien**
**Property stored at Magnolia location**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**    Column B: **$10,000.00**

| 2.2 | **Imagination Corporation** | | |
|---|---|---|---|

Creditor's Name

**8252 E Lansing Rd Durand, MI 48429**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 2/6/2024**

**Last 4 digits of account number None**

**Describe debtor's property that is subject to a lien**
**Property stored at Magnolia location**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **Unknown**    Column B: **$10,000.00**

Debtor    **NITE LIFE EAST, LLC**                                        Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$0.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name  **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adrienna Riley**<br>**1625 Santa Venetia St #2202**<br>**Chula Vista, CA 91913** | **$79.26** | **$79.26** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/06/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Alexandra Cobain**<br>**1316 E. 17th St.**<br>**National City, CA 91950** | **$60.03** | **$60.03** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/14/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

43151

Debtor    **NITE LIFE EAST, LLC**

Case number (if known) _____

Name

| | |
|---|---|

**2.3** | Priority creditor's name and mailing address

**Alonzo Bingham**
**2424 Workman St #D**
**Los Angeles, CA 90031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$478.58    $478.58

Date or dates debt was incurred
**03/01/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number  **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Amanda Martinez**
**225 Oberle Ct**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$79.11    $79.11

Date or dates debt was incurred

**12/22/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number  **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Andrea Steagall-Gonzaleez**
**1501 E. Grand Ave.**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$560.40    $560.40

Date or dates debt was incurred
**02/18/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number  **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Andrea Steagall-Gonzaleez**
**1501 E. Grand Ave.**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99.89    $99.89

Date or dates debt was incurred
**03/04/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number  **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **NITE LIFE EAST, LLC**
_____    Case number (if known) _____
Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.75 | $33.75 |

**Anelisa Davey**
**6161 Cumberland St.**
**San Diego, CA 92139**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.32 | $62.32 |

**Antonia Roybal**
**1228 Earle Drive**
**National City, CA 91950**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.63 | $728.63 |

**Bailey Connors-Battes**
**7423 Radenz Ave.**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/23/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.27 | $98.27 |

**Caroline Munoz**
**2885 Menlo Ave.**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/28/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **NITE LIFE EAST, LLC**
_____  Case number (if known) _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.21 | $45.21 |

**2.11** Priority creditor's name and mailing address

**Catalina Miramontes**
**1724 National Ave.**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45.21    $45.21

Date or dates debt was incurred
**08/18/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** Priority creditor's name and mailing address

**Chleo Eustaquio**
**6345 El Cajon Blvd. #2311**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$148.05    $148.05

Date or dates debt was incurred
**07/01/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address

**Danika Smolen**
**710 W. Grand Ave #2117**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.92    $185.92

Date or dates debt was incurred
**03/03/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** Priority creditor's name and mailing address

**Darlene Cortez**
**387 Bay Leaf Dr.**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.79    $53.79

Date or dates debt was incurred
**5/14/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **NITE LIFE EAST, LLC**  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.17 $154.17 |

**2.15** Priority creditor's name and mailing address

**Darlene Cortez**
**387 Bay Leaf Dr.**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is: $154.17  $154.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/25/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

As of the petition filing date, the claim is: $445.05  $445.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**FUTA Taxes Owed for 1st Quarter 2024**

Last 4 digits of account number **7697**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Erin Warner**
**30919 Summer Breeze Dr.**
**Denham Springs, LA 70726**

As of the petition filing date, the claim is: $50.67  $50.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/09/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**Gabriela V. Calderon**
**231 Montgomery St**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is: $391.62  $391.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**12/08/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **NITE LIFE EAST, LLC**                                      Case number (if known) _____

Name

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.75 | $794.75 |

**Gabriela V. Calderon**
**231 Montgomery St**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**11/10/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.15 | $42.15 |

**Guadalupe Soltero**
**7914 Barton Dr.**
**Lemon Grove, CA 91945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/18/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.94 | $620.94 |

**Jessica Nunes**
**10032 N. Magnolia Ave #I-5**
**Santee, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/17/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.17 | $112.17 |

**Jessica Nunes**
**10032 N. Magnolia Ave #I-5**
**Santee, CA 92071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**12/08/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **NITE LIFE EAST, LLC**
_____
Name

Case number (if known) _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.66 | $533.66 |
|---|---|---|---|---|

**2.23**

Priority creditor's name and mailing address
**Jessica Nunes**
**10032 N. Magnolia Ave #I-5**
**Santee, CA 92071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$533.66    $533.66

Date or dates debt was incurred
**01/19.2024**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No

☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Jessica Valenzuela**
**1012 San Juan St.**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$117.79    $117.79

Date or dates debt was incurred
**09/15/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No

☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Jewel L. Campos**
**40 Bonita Rd**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$590.41    $590.41

Date or dates debt was incurred
**01/19/2024**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$290.38    $290.38

Date or dates debt was incurred
**08/18/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor   **NITE LIFE EAST, LLC**                                          Case number (if known) _____
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.02 | $609.02 |
|------|---|---|---|---|

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/01/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.08 | $391.08 |
|------|---|---|---|---|

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/15/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.51 | $328.51 |
|------|---|---|---|---|

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/29/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.79 | $425.79 |
|------|---|---|---|---|

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/13/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **NITE LIFE EAST, LLC**
_____    Case number (if known) _____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.43 | $167.43 |

**2.31** | Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$167.43    $167.43

Date or dates debt was incurred
**10/27/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$758.68    $758.68

Date or dates debt was incurred
**01/05/2024**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$496.35    $496.35

Date or dates debt was incurred
**11/24/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$331.72    $331.72

Date or dates debt was incurred
**12/08/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor **NITE LIFE EAST, LLC**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.91 | $670.91 |

**2.35** Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$670.91    $670.91

Date or dates debt was incurred
**12/22/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☐ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.36** Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$819.20    $819.20

Date or dates debt was incurred
**01/19/2024**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.37** Priority creditor's name and mailing address

**Karla Rodriguez**
**770 Colorado Ave #B**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$223.90    $223.90

Date or dates debt was incurred
**11/10/2023**

Basis for the claim:
**Employee Wages (Uncashed Check- Funds Held by ADP)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.38** Priority creditor's name and mailing address

**Lamerria Hall**
**10916 Evening Dr. E #48**
**San Diego, CA 92128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$815.29    $815.29

Date or dates debt was incurred
**08/04/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor **NITE LIFE EAST, LLC**

_____
Name

Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.35 | $62.35 |

**Lataisia Mcwhorter**
**1204 N. Escondido Blvd #B16**
**Escondido, CA 92026**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.36 | $345.36 |

**Liliana Moreno-Bautista**
**171 N. First St. #19**
**El Cajon, CA 92021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/12/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.55 | $22.55 |

**Liliana Ramirez**
**1528 San Altos Place**
**Lemon Grove, CA 91945**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/17/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.10 | $104.10 |

**Mercedes Gusman-Ponce**
**203 Laurel Ave #62**
**National City, CA 91950**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/17/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **NITE LIFE EAST, LLC**
_____    Case number (if known) _____
        Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.48 | $151.48 |
|---|---|---|---|---|

| 2.43 | Priority creditor's name and mailing address<br>**Morgan Spires**<br>**6161 Fairmount Ave. #545**<br>**San Diego, CA 92120** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $151.48 | $151.48 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/23/2022** | Basis for the claim:<br>**Employee Wages (Uncashed Check)** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Nadine Perry**<br>**565 G St. #B**<br>**Chula Vista, CA 91910** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $256.07 | $256.07 |
| | Date or dates debt was incurred<br>**02/04/2022** | Basis for the claim:<br>**Employee Wages (Uncashed Check)** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Nadine Perry**<br>**565 G St. #B**<br>**Chula Vista, CA 91910** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.95 | $65.95 |
| | Date or dates debt was incurred<br>**02/18/2022** | Basis for the claim:<br>**Employee Wages (Uncashed Check)** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Natalee Castro**<br>**330 15th St. #45**<br>**San Diego, CA 92101** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $247.65 | $247.65 |
| | Date or dates debt was incurred<br>**07/21/2023** | Basis for the claim:<br>**Employee Wages (Uncashed Check)** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **NITE LIFE EAST, LLC**

Case number (if known) _____

Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.68 | $32.68 |
|------|--------|--------|--------|--------|

2.47 | Priority creditor's name and mailing address

**Shadejah Houghton Fillmore**
**2796 47th St.**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.68    $32.68

Date or dates debt was incurred
**06/24/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

2.48 | Priority creditor's name and mailing address

**Shakayla Stewart**
**3076 C St.**
**San Diego, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$109.38    $109.38

Date or dates debt was incurred
**06/09/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

2.49 | Priority creditor's name and mailing address

**Stephanie Perry**
**393 H St. #324**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$102.28    $102.28

Date or dates debt was incurred
**10/29/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

2.50 | Priority creditor's name and mailing address

**Stephanie Perry**
**1307 Capistrano Ave.**
**Spring Valley, CA 91977**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.11    $116.11

Date or dates debt was incurred
**11/25/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **NITE LIFE EAST, LLC**                                  Case number (if known) _____
          _____
          Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.16 | $330.16 |
|---|---|---|---|---|

**2.51**

Priority creditor's name and mailing address

**Tameron Luckett**
**45540 Coosan Ct.**
**Great Mills, MD 20634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.16          $330.16

Date or dates debt was incurred
**10/13/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.52**

Priority creditor's name and mailing address

**Tiffany Frazer**
**12001 Woodside Ave.**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$51.51          $51.51

Date or dates debt was incurred
**07/07/2023**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.53**

Priority creditor's name and mailing address

**Trina Muraoka**
**1109 Majestad Ln.**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.25          $43.25

Date or dates debt was incurred
**12/23/2022**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.54**

Priority creditor's name and mailing address

**Vanessa Mercardo**
**4210 Hilltop Dr #A**
**San Diego, CA 92102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.93          $98.93

Date or dates debt was incurred
**8/202/2021**

Basis for the claim:
**Employee Wages (Uncashed Check)**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                          **Amount of claim**

Debtor    **NITE LIFE EAST, LLC**                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |

**3.1**

Nonpriority creditor's name and mailing address
**ADP, Inc.**
**P.O. Box 9001006**
**Louisville, KY 40290**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Services for 2024 W-2s**

Is the claim subject to offset? ☑ No ☐ Yes

$172.00

---

**3.2**

Nonpriority creditor's name and mailing address
**Brena Scarcella**
**c/o Gruenberg Law**
**2155 First Avenue**
**San Diego, CA 92101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit Filed**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.3**

Nonpriority creditor's name and mailing address
**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred  **05/10/2024**

Last 4 digits of account number  **6843**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Registered Agent Services**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.4**

Nonpriority creditor's name and mailing address
**Judicate West**
**1851 East First Street, Suite 1600**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **04/29/2024**

Last 4 digits of account number  **7144**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration Fees**

Is the claim subject to offset? ☑ No ☐ Yes

$41,850.00

---

**3.5**

Nonpriority creditor's name and mailing address
**Karla Chevreuil**
**c/o Gruenberg Law**
**2155 First Avenue**
**San Diego, CA 92101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit Filed**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.6**

Nonpriority creditor's name and mailing address
**Kathleen Kozlowski**
**c/o Gruenberg Law**
**2155 First Avenue**
**San Diego, CA 92101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit Filed**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7**

Nonpriority creditor's name and mailing address
**Rita Jean Litynski**
**c/o Bibiyan Law Group, P.C.**
**8484 Wilshire Blvd, Suite 500**
**Beverly Hills, CA 90211**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Labor Dispute**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor  **NITE LIFE EAST, LLC**                                    Case number (if known) _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tanika Brown**
**c/o Gruenberg Law**
**2155 First Avenue**
**San Diego, CA 92101-2013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Lawsuit Filed**

Last 4 digits of account number  **None**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bibiyan Law Group, P.C.**<br>**8484 Wilshire Blvd, Suite 500**<br>**Beverly Hills, CA 90211** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | **None** |
| 4.2 | **Gruenberg Law**<br>**2155 First Avenue**<br>**San Diego, CA 92101-2013** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | **None** |
| 4.3 | **Gruenberg Law**<br>**2155 First Avenue**<br>**San Diego, CA 92101-2013** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gruenberg Law**<br>**2155 First Avenue**<br>**San Diego, CA 92101-2013** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Gruenberg Law**<br>**2155 First Avenue**<br>**San Diego, CA 92101-2013** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 15,034.66 |
| 5b. Total claims from Part 2 | 5b.  + $ | 42,022.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 57,056.66 |

**Fill in this information to identify the case:**

Debtor name        **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>**Management & Support Agreement entered into on July 31, 2023, but effective as of January 1, 2021, expiring 2 years from the date of the agreement.**<br><br>State the term remaining **Unknown (Month to Month)**<br><br>List the contract number of any government contract _____ | **Deja Vu Services, Inc.**<br>**P.O. Box 138**<br>**Durand, MI 48429** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease for real property located at 8290 Broadway, Lemon Grove, Ca  91945, commencing on January 8, 2012 through January 31, 2017.   Under the Holdover terms, the lease converts to month-to-month tenancy.  Debtor has vacated the premises.**<br><br>State the term remaining **(Month to Month)**<br><br>List the contract number of any government contract _____ | **MIC Limited**<br>**c/o Modern Bookkeeping, Inc.**<br>**8252 E. Lansing Road, Suite 101**<br>**Durand, MI 48429** |

**Fill in this information to identify the case:**

Debtor name     **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **1560 N. Magnolia Ave., LLC** | **8252 E. Lansing Rd. Durand, MI 48429** | **Rita Jean Litynski** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.2 | **3610 Barnet Ave., LLC** | **8290 E. Lansing Rd Durand, MI 48429** | **Rita Jean Litynski** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.3 | **Bijou - Century, LLC** | **P.O. Box 2602 Seattle, WA 98111** | **Rita Jean Litynski** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.4 | **Bob Martin, Inc.** | **700 Garden Grove Blvd. Westminster, CA 92683** | **Rita Jean Litynski** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.5 | **BT California, LLC** | **P.O. Box 2602 Seattle, WA 98111** | **Rita Jean Litynski** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |

Debtor   **NITE LIFE EAST, LLC**                                     Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **CBDM Redlands, LLC** | **700 Garden Grove Blvd. Westminster, CA 92683** | **Rita Jean Litynski** |
| 2.7 | **Deanna LaPoint** | **8252 E. Lansing Rd. Durand, MI 48429** | **Rita Jean Litynski** |
| 2.8 | **Deja Vu - San Francisco, LLC** | **P.O. Box 2602 Seattle, WA 98111** | **Rita Jean Litynski** |
| 2.9 | **Deja vu Services, Inc.** | **8252 E. Lansing Rd. Durand, MI 48429** | **Rita Jean Litynski** |
| 2.10 | **Deja vu Showgirls of San Francisco, LLC** | **P.O. Box 2602 Seattle, WA 98111** | **Rita Jean Litynski** |
| 2.11 | **Eyeful, Inc.** | **8252 E. Lansing Rd. Durand, MI 48429** | **Rita Jean Litynski** |
| 2.12 | **Gold Club - S.F., LLC** | **P.O. Box 2602 Seattle, WA 98111** | **Rita Jean Litynski** |
| 2.13 | **Grapevine Entertainment** | **8252 E. Lansing Rd. Durand, MI 48429** | **Rita Jean Litynski** |

For each codebtor (2.6–2.13):
☐ D _____  ■ E/F **3.7**  ☐ G _____

Debtor    __NITE LIFE EAST, LLC_____    Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Harry Mohney** | 8252 E. Lansing Rd.<br>Durand, MI 48429 | Rita Jean Litynski | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.15 **Jolar Cinema of San Diego** | 8252 E. Lansing Rd.<br>Durand, MI 48429 | Rita Jean Litynski | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.16 **Jose Morales** | 1819 O Avenue<br>National City, CA 91950 | Brena Scarcella | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.17 **Jose Morales** | 1819 O Avenue<br>National City, CA 91950 | Karla Chevreuil | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.18 **Jose Morales** | 1819 O Avenue<br>National City, CA 91950 | Kathleen Kozlowski | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.19 **Jose Morales** | 1819 O Avenue<br>National City, CA 91950 | Tanika Brown | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.20 **Joseph Carouba** | 8252 E. Lansing Rd.<br>Durand, MI 48429 | Rita Jean Litynski | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.21 **New Wave, Inc.** | 721 E. 10th Street<br>Los Angeles, CA 90021 | Rita Jean Litynski | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Debtor    **NITE LIFE EAST, LLC** _____    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **S.A.W. Entertainment Limited** | P.O. Box 2602 Seattle, WA 98111 | **Rita Jean Litynski** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.23 | **Showgirls of San Diego, Inc.** | 8252 E. Lansing Rd. Durand, MI 48429 | **Rita Jean Litynski** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.24 | **Stockton Enterprises, LLC** | 8252 E. Lansing Rd. Durand, MI 48429 | **Rita Jean Litynski** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **NITE LIFE EAST, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $123,367.94 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,567,359.86 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,828,958.38 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Red Bull Rebates** | $1,147.50 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **Red Bull Rebates, Prior Year Commissions** | $1,233.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | **Red Bull Rebates & Refund from County of Permit Fees** | $1,068.00 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | NITE LIFE EAST, LLC | Case number (if known) | |
|---|---|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Roe Vs. SFBSC Management, LLC<br>P.O. Box 20670<br>Santa Ana, CA 92799 | 02/15/2024<br>($40,624.01) | $40,624.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Settlement of lawsuit |
| 3.2. | ADP, Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290 | 02/09/2024<br>($219.28)<br>(Services)<br>02/15/2024<br>($8,285.69)<br>(Payroll Taxes)<br>02/16/2024<br>($426.11)<br>(Payroll Taxes)<br>02/21/2024<br>($870.02)<br>(Services) | $9,801.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  Payroll Taxes/Services |
| 3.3. | Nelson Mullins Riley & Scarborough LLP<br>Post Office Drawer 11009<br>Columbia, SC 29211 | 03/06/2024<br>($5,135.00)<br>04/08/2024<br>($1,350.00)<br>04/08/2024<br>($2,665.00)<br>04/09/2024<br>($1,500.00) | $10,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Deja Vu Services, Inc.<br>P.O. Box 138<br>Durand, MI 48429 | See Attached List. | $17,237.84 | See Attached List. |
| 4.2. | Global Licensing, Inc.<br>c/o Modern Bookkeeping, Inc.<br>8252 E. Lansing Road<br>Durand, MI 48429 | See Attached List. | $15,601.22 | Quarterly License Fee |

Debtor    **NITE LIFE EAST, LLC**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.   **Go Best, LLC c/o Modern Bookkeeping, Inc. 8252 E. Lansing Road Durand, MI 48429** | See Attached List. | $16,654.54 | See Attached List. |
| 4.4.   **MIC Limited c/o Modern Bookkeeping, Inc. 8252 E. Lansing Road, Suite 101 Durand, MI 48429** | See Attached List. | $62,488.00 | See Attached List. |
| 4.5.   **Modern Bookkeeping, Inc. 8252 E. Lansing Road Durand, MI 48429** | See Attached List | $23,800.00 | See Attached List. |
| 4.6.   **National Association of Entertainment Facilities, Inc. c/o Modern Bookkeeping, Inc. 8252 E. Lansing Road Durand, MI 48429** | See Attached List. | $31,427.59 | See Attached List. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Jane Roe, et al., v. SFBSC Management, LLC, et al. 14-cv-03616-LB (Lead Case)** | **Class Action** | **USDC, No. CA District, SF Division 450 Golden Gate Avenue San Francisco, CA 94102** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2.   **Kozlowski, et al, v. Nite Life East, LLC, et. al 37-2021-00053632-CU-OE-CTL** | **Civil** | **Ca Superior Court, SD Cty, Central Div. 1100 Union Street San Diego, CA 92101** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    NITE LIFE EAST, LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Rita Jean Litynski v. Nite Life East, LLC, et. al<br>37-2024-00010882-CU-OE-CTL | Class Action Civil Complaint | CA Superior Court, San Diego County<br>Hall of Justice Courthouse<br>Civil Filing/Records, 2nd Floor<br>330 West Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP**<br>**1980 Festival Plaza Drive,**<br>**Suite 700**<br>**Las Vegas, NV 89135** | **Attorney Fees and Costs** | **03/18/2024:**<br>**$10,000.00**<br>**04/15/2024:**<br>**$3,500.00** | **$13,500.00** |
| | Email or website address<br>**jmcpherson@foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **NITE LIFE EAST, LLC**                                   Case number *(if known)*

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8290 Broadway** **Lemon Grove, CA 91945** | **1995 - 02/2024** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

---

Debtor    NITE LIFE EAST, LLC _____    Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | US Bank (formerly Union Bank - 2711) 2123 LEmon Grove Avenue Lemon Grove, CA 91945 | XXXX-0786 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 02/2024 (Funds transferred to new bank account) | $870.02 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Tollis, Inc. 1560 N. Magnolia El Cajon, CA 92020 | All Employees of Tollis, Inc., and Ryan Carlson, Tim Unglesbee, Bassem Itani, Harry Mohney, and Jason Mohny. | See Attached List. | ☐ No ■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor    NITE LIFE EAST, LLC                                         Case number *(if known)*

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Modern Bookkeeping, Inc.** **8252 E. Lansing Road** **Durand, MI 48429** | **1995 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Modern Bookkeeping, Inc.** **8252 E. Lansing Road** **Durand, MI 48429** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    NITE LIFE EAST, LLC                                    Case number *(if known)*

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Imagination Corporation | 8252 E. Lansing Road<br>Durand, MI 48429 | Manager | 40% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| HVM Investment Co., LP | 8252 E. Lansing Road<br>Durand, MI 48429 | Member | 60% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **NITE LIFE EAST, LLC**                                          Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/14/24

_____              **Basem Itani**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

STATEMENT OF FINANCIAL AFFAIRS - QUESTION 4

| Name & Address | | Dates of Pmt | Amt Paid | Reason for Payment |
|---|---|---|---|---|
| Deja Vu Services, Inc. | | 4/18/2023 | 117.70 | Health Ins. Reimbursement |
| 7451 Eastgate Rd. | | 5/18/2023 | 117.70 | Health Ins. Reimbursement |
| Henderson, NV 89011 | | 6/13/2023 | 117.70 | Health Ins. Reimbursement |
| | | 7/27/2023 | 117.70 | Health Ins. Reimbursement |
| | | 8/22/2023 | 117.70 | Health Ins. Reimbursement |
| | | 9/21/2023 | 88.28 | Health Ins. Reimbursement |
| | | 11/2/2023 | 102.99 | Health Ins. Reimbursement |
| | | 11/16/2023 | 102.99 | Health Ins. Reimbursement |
| | | 12/14/2023 | 102.99 | Health Ins. Reimbursement |
| | | 1/11/2024 | 102.99 | Health Ins. Reimbursement |
| | Subtotal: | | 1,088.74 | |
| | | 6/7/2023 | 8.50 | Legal Reimbursement |
| | | 6/28/2023 | 372.50 | Legal Reimbursement |
| | | 8/9/2023 | 522.50 | Legal Reimbursement |
| | | 9/7/2023 | 210.00 | Legal Reimbursement |
| | | 11/2/2023 | 945.00 | Legal Reimbursement |
| | | 11/16/2023 | 81.25 | Legal Reimbursement |
| | | 11/16/2023 | 47.50 | Legal Reimbursement |
| | | 12/14/2023 | 976.25 | Legal Reimbursement |
| | | 12/14/2023 | 162.50 | Legal Reimbursement |
| | | 12/14/2023 | 338.75 | Legal Reimbursement |
| | | 12/14/2023 | 372.50 | Legal Reimbursement |
| | | 12/14/2023 | 6,321.25 | Legal Reimbursement |
| | | 2/8/2024 | 149.93 | Legal Reimbursement |
| | | 2/8/2024 | 467.50 | Legal Reimbursement |
| | | 2/8/2024 | 386.25 | Legal Reimbursement |
| | Subtotal: | | 11,362.18 | |
| | | 1/24/2024 | 542.00 | License Reimbursement |
| | | 1/24/2024 | 178.16 | License Reimbursement |
| | Subtotal: | | 720.16 | |
| | | 5/4/2023 | 714.24 | Supplies Rebill |
| | | 5/18/2023 | 1,873.89 | Supplies Rebill |
| | | 6/28/2023 | 1,023.07 | Supplies Rebill |
| | | 7/27/2023 | 294.71 | Supplies Rebill |
| | | 8/22/2023 | 90.00 | Supplies Rebill |
| | | 10/5/2023 | 20.00 | Supplies Rebill |
| | | 12/14/2023 | 45.00 | Supplies Rebill |
| | | 3/4/2024 | 5.85 | Supplies Rebill |
| | Subtotal: | | 4,066.76 | |
| | TOTAL: | | 17,237.84 | |
| Global Licensing, Inc. | | 4/28/2023 | 5,122.69 | Quarterly license fee |
| c/o 8252 E. Lansing Rd. | | 7/31/2023 | 4,523.59 | Quarterly license fee |
| Durand, MI 48429 | | 11/2/2023 | 3,502.29 | Quarterly license fee |
| | | 1/24/2024 | 2,452.65 | Quarterly license fee |
| | TOTAL: | | 15,601.22 | |
| Go Best, LLC | | 9/21/2023 | 350.00 | Monthly social media |

STATEMENT OF FINANCIAL AFFAIRS - QUESTION 4

| | | | |
|---|---|---|---|
| c/o 8252 E. Lansing Rd. | 9/21/2023 | 350.00 | Monthly social media |
| Durand, MI 48429 | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 9/21/2023 | 350.00 | Monthly social media |
| | 10/5/2023 | 350.00 | Monthly social media |
| | 11/2/2023 | 350.00 | Monthly social media |
| | 12/14/2023 | 350.00 | Monthly social media |
| | 1/11/2024 | 350.00 | Monthly social media |
| | 2/8/2024 | 350.00 | Monthly social media |
| | Subtotal: | 4,900.00 | |
| | | | |
| | 11/2/2023 | 2,363.55 | Secret Shopper rebill |
| | Subtotal: | 2,363.55 | |
| | | | |
| | 4/19/2023 | 3,668.50 | Supplies rebill |
| | 7/27/2023 | 824.99 | Supplies rebill |
| | 9/21/2023 | 1,209.04 | Supplies rebill |
| | 11/16/2023 | 1,160.02 | Supplies rebill |
| | 12/5/2023 | 638.44 | Supplies rebill |
| | 1/24/2024 | 600.03 | Supplies rebill |
| | 1/24/2024 | 1,157.77 | Supplies rebill |
| | Subtotal: | 9,258.79 | |
| | | | |
| | 12/14/2023 | 47.59 | Travel rebill |
| | Subtotal: | 47.59 | |
| | | | |
| | 11/2/2023 | 132.20 | Wage rebill |
| | Subtotal: | 132.20 | |
| | TOTAL: | 16,654.54 | |
| | | | |
| MIC Limited | 4/21/2023 | 7,811.00 | Rent |
| c/o 8252 E. Lansing Rd. | 5/18/2023 | 7,811.00 | Rent |
| Durand, MI 48429 | 6/19/2023 | 7,811.00 | Rent |
| | 7/20/2023 | 7,811.00 | Rent |
| | 8/22/2023 | 7,811.00 | Rent |
| | 9/21/2023 | 7,811.00 | Rent |
| | 11/2/2023 | 7,811.00 | Rent |
| | 11/29/2023 | 7,811.00 | Rent |
| | TOTAL: | 62,488.00 | |
| | | | |
| Modern Bookkeeping, Inc. | 5/4/2023 | 3,400.00 | Services |
| 8252 E. Lansing Rd. | 6/7/2023 | 3,400.00 | Services |
| Durand, MI 48429 | 7/12/2023 | 3,400.00 | Services |
| | 8/9/2023 | 3,400.00 | Services |
| | 9/7/2023 | 3,400.00 | Services |
| | 10/5/2023 | 3,400.00 | Services |
| | 11/2/2023 | 3,400.00 | Services |
| | TOTAL: | 23,800.00 | |

| | | | |
|---|---|---|---|
| National Association of Entertainment Facilities, Inc. | 4/18/2023 | 6,174.97 | Workers Comp Rebill |
| c/o 8252 E. Lansing Rd. | 5/18/2023 | 3,493.62 | Workers Comp Rebill |
| Durand, MI 48429 | 6/14/2023 | 3,752.34 | Workers Comp Rebill |
| | 7/12/2023 | 3,618.15 | Workers Comp Rebill |
| | 8/22/2023 | 3,626.98 | Workers Comp Rebill |
| | 9/21/2023 | 3,433.92 | Workers Comp Rebill |
| | 10/18/2023 | 4,038.20 | Workers Comp Rebill |
| | 11/16/2023 | 2,289.41 | Workers Comp Rebill |
| Subtotal: | | 30,427.59 | |
| | | | |
| | 7/27/2023 | 1,000.00 | Yearly Dues |
| Subtotal: | | 1,000.00 | |
| TOTAL: | | 31,427.59 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re    **NITE LIFE EAST, LLC**
_____
Debtor(s)

Case No. _____
Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 13,500.00 |
| Prior to the filing of this statement I have received | $ | 13,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Analysis of potential liability and advice regarding settlement with creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   05/14/2024
   _____
   Date

   /s/ Jeanette E. McPherson
   _____
   **Jeanette McPherson**
   _Signature of Attorney_
   **Fox Rothschild LLP**
   **1900 Festival Plaza Drive**
   **Suite 700**
   **Las Vegas, NV 89135**
   **(702) 262-6899   Fax: (702) 597-5503**
   **JMcPherson@foxrothschild.com**
   _Name of law firm_

**United States Bankruptcy Court**
**District of Nevada**

In re    **NITE LIFE EAST, LLC**

Debtor(s)

Case No. _____
Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    5/14/24

**Basem Itani/Manager**
Signer/Title

NITE LIFE EAST, LLC
c/o CT Corporation System, RA
701 S. Carson Street, Suite 200
Carson City, NV 89701

Jeanette McPherson
Fox Rothschild LLP
1900 Festival Plaza Drive
Suite 700
Las Vegas, NV 89135

1560 N. Magnolia Ave., LLC
8252 E. Lansing Rd.
Durand, MI 48429

3610 Barnet Ave., LLC
8290 E. Lansing Rd
Durand, MI 48429

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290

Adrienna Riley
Acct No None
1625 Santa Venetia St #2202
Chula Vista, CA 91913

Alexandra Cobain
Acct No None
1316 E. 17th St.
National City, CA 91950

Alonzo Bingham
Acct No None
2424 Workman St #D
Los Angeles, CA 90031

Amanda Martinez
Acct No None
225 Oberle Ct
Oceanside, CA 92058

Andrea Steagall-Gonzaleez
Acct No None
1501 E. Grand Ave.
Escondido, CA 92027

Anelisa Davey
Acct No None
6161 Cumberland St.
San Diego, CA 92139

Antonia Roybal
Acct No None
1228 Earle Drive
National City, CA 91950

Bailey Connors-Battes
Acct No None
7423 Radenz Ave.
San Diego, CA 92111

Bibiyan Law Group, P.C.
Acct No None
8484 Wilshire Blvd, Suite 500
Beverly Hills, CA 90211

Bijou - Century, LLC
P.O. Box 2602
Seattle, WA 98111

Bob Martin, Inc.
700 Garden Grove Blvd.
Westminster, CA 92683

Brena Scarcella
Acct No None
c/o Gruenberg Law
2155 First Avenue
San Diego, CA 92101

BT California, LLC
P.O. Box 2602
Seattle, WA 98111

Caroline Munoz
Acct No None
2885 Menlo Ave.
San Diego, CA 92105

Catalina Miramontes
Acct No None
1724 National Ave.
San Diego, CA 92113

CBDM Redlands, LLC
700 Garden Grove Blvd.
Westminster, CA 92683

Chleo Eustaquio
Acct No None
6345 El Cajon Blvd. #2311
San Diego, CA 92115

CT Corporation
Acct No xxxxxx6843
P.O. Box 4349
Carol Stream, IL 60197-4349

Danika Smolen
Acct No None
710 W. Grand Ave #2117
Escondido, CA 92025

Darlene Cortez
Acct No None
387 Bay Leaf Dr.
Chula Vista, CA 91910

Deanna LaPoint
8252 E. Lansing Rd.
Durand, MI 48429

Deja Vu - San Francisco, LLC
P.O. Box 2602
Seattle, WA 98111

Deja Vu Services, Inc.
P.O. Box 138
Durand, MI 48429

Deja vu Services, Inc.
8252 E. Lansing Rd.
Durand, MI 48429

Deja vu Showgirls of San Francisco, LLC
P.O. Box 2602
Seattle, WA 98111

Department of the Treasury
Acct No xx-xxx7697
Internal Revenue Service
Ogden, UT 84201

Erin Warner
Acct No None
30919 Summer Breeze Dr.
Denham Springs, LA 70726

Eyeful, Inc.
8252 E. Lansing Rd.
Durand, MI 48429

Gabriela V. Calderon
Acct No None
231 Montgomery St
Chula Vista, CA 91911

Gold Club - S.F., LLC
P.O. Box 2602
Seattle, WA 98111

Grapevine Entertainment
8252 E. Lansing Rd.
Durand, MI 48429

Gruenberg Law
Acct No None
2155 First Avenue
San Diego, CA 92101-2013

Guadalupe Soltero
Acct No None
7914 Barton Dr.
Lemon Grove, CA 91945

Harry Mohney
8252 E. Lansing Rd.
Durand, MI 48429

HVM Investment Co. Limited Partnership
Acct No None
8252 E Lansing Rd
Durand, MI 48429

Imagination Corporation
Acct No None
8252 E Lansing Rd
Durand, MI 48429

Jessica Nunes
Acct No None
10032 N. Magnolia Ave #I-5
Santee, CA 92071

Jessica Valenzuela
Acct No None
1012 San Juan St.
Oceanside, CA 92058

Jewel L. Campos
Acct No None
40 Bonita Rd
Chula Vista, CA 91910

Jolar Cinema of San Diego
8252 E. Lansing Rd.
Durand, MI 48429

Jose Morales
1819 O Avenue
National City, CA 91950

Joseph Carouba
8252 E. Lansing Rd.
Durand, MI 48429

Judicate West
Acct No xxx7144
1851 East First Street, Suite 1600
Santa Ana, CA 92705

Karla Chevreuil
Acct No None
c/o Gruenberg Law
2155 First Avenue
San Diego, CA 92101

Karla Rodriguez
Acct No None
770 Colorado Ave #B
Chula Vista, CA 91910

Kathleen Kozlowski
Acct No None
c/o Gruenberg Law
2155 First Avenue
San Diego, CA 92101

Lamerria Hall
Acct No None
10916 Evening Dr. E #48
San Diego, CA 92128

Lataisia Mcwhorter
Acct No None
1204 N. Escondido Blvd #B16
Escondido, CA 92026

Liliana Moreno-Bautista
Acct No None
171 N. First St. #19
El Cajon, CA 92021

Liliana Ramirez
Acct No None
1528 San Altos Place
Lemon Grove, CA 91945

Mercedes Gusman-Ponce
Acct No None
203 Laurel Ave #62
National City, CA 91950

MIC Limited
c/o Modern Bookkeeping, Inc.
8252 E. Lansing Road, Suite 101
Durand, MI 48429

Morgan Spires
Acct No None
6161 Fairmount Ave. #545
San Diego, CA 92120

Nadine Perry
Acct No None
565 G St. #B
Chula Vista, CA 91910

Natalee Castro
Acct No None
330 15th St. #45
San Diego, CA 92101

New Wave, Inc.
721 E. 10th Street
Los Angeles, CA 90021

Rita Jean Litynski
Acct No None
c/o Bibiyan Law Group, P.C.
8484 Wilshire Blvd, Suite 500
Beverly Hills, CA 90211

S.A.W. Entertainment Limited
P.O. Box 2602
Seattle, WA 98111

Shadejah Houghton Fillmore
Acct No None
2796 47th St.
San Diego, CA 92105

Shakayla Stewart
Acct No None
3076 C St.
San Diego, CA 92102

Showgirls of San Diego, Inc.
8252 E. Lansing Rd.
Durand, MI 48429

Stephanie Perry
Acct No None
393 H St. #324
Spring Valley, CA 91977

Stephanie Perry
Acct No None
1307 Capistrano Ave.
Spring Valley, CA 91977

Stockton Enterprises, LLC
8252 E. Lansing Rd.
Durand, MI 48429

Tameron Luckett
Acct No None
45540 Coosan Ct.
Great Mills, MD 20634

Tanika Brown
Acct No None
c/o Gruenberg Law
2155 First Avenue
San Diego, CA 92101-2013

Tiffany Frazer
Acct No None
12001 Woodside Ave.
Lakeside, CA 92040

Trina Muraoka
Acct No None
1109 Majestad Ln.
Chula Vista, CA 91910

Vanessa Mercardo
Acct No None
4210 Hilltop Dr #A
San Diego, CA 92102