**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: NITE LIFE EAST, LLC | § | Case No. 24-50467 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/15/2024. The undersigned trustee was appointed on 05/22/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 41,482.54

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7,657.38 |
| Bank service fees | 1,219.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 32,605.26 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/25/2025 and the deadline for filing governmental claims was 12/23/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,463.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,463.80, for a total compensation of $2,463.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $663.44 for total expenses of $663.44[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/17/2026

By: /s/ Christina Lovato
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:** 24-50467
**Case Name:** NITE LIFE EAST, LLC

**For Period Ending:** 03/17/2026

**Trustee Name:** (480026) Christina Lovato
**Date Filed (f) or Converted (c):** 05/15/2024 (f)
**§ 341(a) Meeting Date:** 06/24/2024
**Claims Bar Date:** 04/25/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at Oxford Bank, xxxxxx1537<br>Closed upon petition filing | 28,498.94 | 28,498.94 | | 28,498.94 | FA |
| 2 | Funds held by ADP (Debtor's payroll company) for uncashed employee checks. See attached list. | 5,822.48 | 5,822.48 | | 7,755.16 | FA |
| 3 | Business assets (Magnolia location) [audio and cashier equipment]<br>SECURED BY BLANKET UCC | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cox Internet Account Utility Refund (u)<br>Received refund of overpayment to cable/internet provider | 0.00 | 268.00 | | 268.00 | FA |
| 5 | Coke Rebate 1st Qtr 2024 (u) | 0.00 | 17.94 | | 17.94 | FA |
| 6 | Mediation Deposit (u)<br>Pending refund by Judicate West as of 6/30/25 | 0.00 | 1,000.00 | | 4,830.00 | FA |
| 7 | Red Bull 2024 Commission (u) | 0.00 | 112.50 | | 112.50 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$44,321.42** | **$35,719.86** | | **$41,482.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/01/26 TFR PENDING CLEARING OF ADMIN CHECKS
01/15/26 PAY ADMIN EXPENSES PER ORDER
10/21/25 MAILED SUPPLEMENTAL PYMT TO ENC; ONCE CLEARS, PREPARE TFR
09/05/15 AMENDED ENC FEE APP FILED; HRG 10/28@1:30 PM - WAS MISSING FIRST INVOICE
08/28/25 ENC PAID; WAITING FOR IRS PROMPT DETERMINATION
07/28/25 FILED CPA FEE APP; HRG 9/3@1:30PM
07/23/25 PROMPT DETERMINATION RETURN PKG SUBMITTED; IRS HAS UNTIL 9/19 TO RESPOND
06/30/25 PENDING TURNOVER OF MEDIATION DEPOSIT PYMT FROM JUDICATE WEST AND COMPLETION OF ESTATE TAX RETURN
05/19/25 FOLLOWED UP WITH T. NELSON RE FINAL COMPANY RETURN AND FINAL ESTATE TAX RETURNS
01/22/25 SERVED NTC OF HRG ON CPA EMPLOYMENT; HRG ON 2/26@2:30PM
10/18/24 COLLECTED ADDITIONAL UNCASHED PAYROLL CHECKS; CLAIMS STILL LOW; CHECK BACK AFTER BAR DATE
08/05/24 NO CLAIMS FILED; FILED NEW NTC OF ASSETS SETTING 11/8 BAR DATE
07/11/24 EMAILED LIST TO DA; SENT POC FORM TO CREDITOR K. RODRIGUEZ; NEED EXTENDED 2023 PARTNERSHIP TAX RETURN (WILL 24 BE NEEDED?)
07/02/24 EMAIL DA LIST OF O/S ITEMS FROM 341 MTG
06/05/24 PER DA, BANK WILL SEND ME CHECK FOR ADP RETURNED DEPOSIT

**Initial Projected Date Of Final Report (TFR):** 09/30/2025    **Current Projected Date Of Final Report (TFR):** 03/17/2026 (Actual)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B
Page: 1

**Case No.:** 24-50467
**Case Name:** NITE LIFE EAST, LLC
**Taxpayer ID #:** **-***7697
**For Period Ending:** 03/17/2026

**Trustee Name:** Christina Lovato (480026)
**Bank Name:** TriState Capital Bank
**Account #:** ******7573 Checking
**Blanket Bond (per case limit):** $55,801,915.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/24 | {1} | Oxford Bank | Account Closure Proceeds | 1129-000 | 28,498.94 | | 28,498.94 |
| 05/26/24 | {4} | Cox Communications, Inc. | Account Refund Received | 1229-000 | 268.00 | | 28,766.94 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.74 | 28,750.20 |
| 06/27/24 | {2} | Oxford Bank | ADP rebate | 1129-000 | 1,515.00 | | 30,265.20 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 42.96 | 30,222.24 |
| 07/26/24 | {2} | Automatic Data Processing | 2nd Refund for Uncashed Payroll Checks | 1129-000 | 2,344.21 | | 32,566.45 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.76 | 32,512.69 |
| 08/22/24 | {2} | Automatic Data Processing | 3rd Refund for Uncashed Payroll Checks | 1129-000 | 2,868.59 | | 35,381.28 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.18 | 35,328.10 |
| 09/24/24 | {5} | Deja Vu Services, Inc | Rebate for Q1 2024 | 1229-000 | 17.94 | | 35,346.04 |
| 09/24/24 | {2} | Automatic Data Processing | Uncashed Payroll Returned | 1129-000 | 1,027.36 | | 36,373.40 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.75 | 36,318.65 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.86 | 36,254.79 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.08 | 36,200.71 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.65 | 36,137.06 |
| 01/21/25 | 1101 | United States Treasury | 2024 Form 940 EIN 95-4547697 Nite Life East LLC | 2990-000 | | 1,055.99 | 35,081.07 |
| 01/27/25 | 1102 | International Sureties | Blanket Bond 01/01/25 to 01/01/26 | 2300-000 | | 17.52 | 35,063.55 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.84 | 35,003.71 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.59 | 34,951.12 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.14 | 34,896.98 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.66 | 34,837.32 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 55.83 | 34,781.49 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.88 | 34,727.61 |
| 07/11/25 | {6} | Judicate West | Refund of Judicate West Mediation Deposit (Scarcella vs. Nite Life East, et al.) | 1229-000 | 4,830.00 | | 39,557.61 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 66.39 | 39,491.22 |
| 08/28/25 | 1103 | Evans, Nelson & Company, CPAs | PAYMENT IN FULL FOR FIRST AND FINAL COMPENSATION APPROVED BY ORDER ENTERED 8/28/25 (DE 27) | 3410-000 | | 1,223.50 | 38,267.72 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.18 | 38,206.54 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 65.64 | 38,140.90 |

**Page Subtotals:** **$41,370.04** **$3,229.14**

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 24-50467 | **Trustee Name:** | Christina Lovato (480026) |
| **Case Name:** | NITE LIFE EAST, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7697 | **Account #:** | ******7573 Checking |
| **For Period Ending:** | 03/17/2026 | **Blanket Bond (per case limit):** | $55,801,915.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 10/21/25 | 1104 | Evans, Nelson & Company, CPAs | SUPPLEMENTAL PYMT FOR FIRST AND FINAL COMPENSATION APPROVED BY AMENDED ORDER ENTERED 10/21/25 (DE 33) Stopped on 11/10/2025 | 3410-000 | | 2,974.25 | 35,166.65 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.16 | 35,103.49 |
| 11/10/25 | 1104 | Evans, Nelson & Company, CPAs | SUPPLEMENTAL PYMT FOR FIRST AND FINAL COMPENSATION APPROVED BY AMENDED ORDER ENTERED 10/21/25 (DE 33) Stopped: check issued on 10/21/2025 | 3410-000 | | -2,974.25 | 38,077.74 |
| 11/10/25 | 1105 | Evans, Nelson & Company, CPAs | [REPLACEMENT] SUPPLEMENTAL PYMT FOR FIRST & FINAL COMPENSATION APPROVED BY AMENDED ORDER ENTERED 10/21/25 (DE 33) | 3410-000 | | 2,974.25 | 35,103.49 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.33 | 35,050.16 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.66 | 34,986.50 |
| 01/07/26 | 1106 | International Sureties | Bond # 612419606 01/01/26 to 01/01/27 Annual Blanket Bond Premium | 2300-000 | | 33.13 | 34,953.37 |
| 01/15/26 | 1107 | Modern Bookkeeping, Inc. | Payment inf full of POC #7; approved by Order entered 01/14/26 (DE 35) | 2990-000 | | 334.39 | 34,618.98 |
| 01/15/26 | 1108 | HVM Investment Company LP | Payment in full of POC #8; approved by Order entered 01/14/26 (DE 35) | 2990-000 | | 191.40 | 34,427.58 |
| 01/15/26 | 1109 | Franchise Tax Board | Payment inf full of POC #10; approved by Order entered 01/14/26 (DE 35) | 2820-000 | | 1,827.20 | 32,600.38 |
| 01/28/26 | {7} | Deja Vu Services, Inc. | 2024 Red Bull Commission Earned | 1229-000 | 112.50 | | 32,712.88 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 55.95 | 32,656.93 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 51.67 | 32,605.26 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **41,482.54** | **8,877.28** | **$32,605.26** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **41,482.54** | **8,877.28** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$41,482.54** | **$8,877.28** | |

# Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

**Case No.:** 24-50467
**Case Name:** NITE LIFE EAST, LLC
**Taxpayer ID #:** **-***7697
**For Period Ending:** 03/17/2026

**Trustee Name:** Christina Lovato (480026)
**Bank Name:** TriState Capital Bank
**Account #:** ******7573 Checking
**Blanket Bond (per case limit):** $55,801,915.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7573 Checking | $41,482.54 | $8,877.28 | $32,605.26 |
| | **$41,482.54** | **$8,877.28** | **$32,605.26** |

Printed: 03/17/26 4:07 PM

# Exhibit C
# Claims Distribution Register



**Case: 24-50467 NITE LIFE EAST, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/30/25 | 200 | Modern Bookkeeping, Inc.<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br><2990-00 Other Chapter 7 Administrative Expenses><br>Post-petition administrative claim for reimbursement; pymt approved by Order entered 01/14/26 (DE 35) | $ 334.39 | $ 334.39 | $ 334.39 | $ 0.00 | $ 0.00 |
| | 05/30/25 | 200 | HVM Investment Company LP<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br><2990-00 Other Chapter 7 Administrative Expenses><br>Post-petition administrative claim for reimbursement; pymt approved by Order entered 01/14/26 (DE 35) | $ 191.40 | $ 191.40 | $ 191.40 | $ 0.00 | $ 0.00 |
| | 07/28/25 | 200 | Franchise Tax Board<br>Bankruptcy Section, MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><2820-00 Other State or Local Taxes (post-petition)><br>Partnership tax fee - duplicated by POC #10 | $ 873.04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 08/11/25 | 200 | Franchise Tax Board<br>Bankruptcy Section, MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><2820-00 Other State or Local Taxes (post-petition)><br>Partnership tax fees 2024-25; pymt approved by Order entered 01/14/26 (DE 35) | $ 1,827.20 | $ 1,827.20 | $ 1,827.20 | $ 0.00 | $ 0.00 |
| | 08/28/25 | 200 | Evans, Nelson & Company, CPAs<br>160 W. Huffaker Lane<br>Reno, NV 89511<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>FIRST AND FINAL APPLICATION FOR COMPENSATION APPROVED BY ORDER ENTERED 08/28/25 (DE 27) AND AMENDED ORDER ENTERED 10/21/25 (DE 33) | $ 4,197.75 | $ 4,197.75 | $ 4,197.75 | $ 0.00 | $ 0.00 |
| | 02/23/26 | 200 | Christina Lovato<br>P.O. BOX 18417<br>RENO, NV 89511<br><2100-00 Trustee Compensation> | $ 2,463.80 | $ 2,463.80 | $ 0.00 | $ 2,463.80 | $ 2,463.80 |
| | 03/17/26 | 200 | Christina Lovato<br>P.O. BOX 18417<br>RENO, NV 89511<br><2200-00 Trustee Expenses> | $ 663.44 | $ 663.44 | $ 0.00 | $ 663.44 | $ 663.44 |
| | Total for Priority 200: | | 100% Paid | $ 10,551.02 | $ 9,677.98 | $ 6,550.74 | $ 3,127.24 | $ 3,127.24 |
| | | | Total for Admin Ch. 7 Claims: | $ 10,551.02 | $ 9,677.98 | $ 6,550.74 | $ 3,127.24 | $ 3,127.24 |

# Exhibit C
# Claims Distribution Register

**Case: 24-50467 NITE LIFE EAST, LLC**

## Priority Claims:

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 04/10/25 | 510 | KARLA RODRIGUEZ<br>817 COLORADO AVE APT B<br>CHULA VISTA, CA 91911<br><5300-00 Wages - § 507(a)(4)><br>Scheduled total unpaid/uncashed wages as $5,512.97. Claimant is claiming approx $800.<br>[Gross Wage $800.00 Less Taxes = Net $485.20 Income $200.00 FICA Soc Sec $49.60 FICA Medicare $11.60 Income Tax $52.80 ETT $0.80] | $ 800.00 | $ 485.20 | $ 0.00 | $ 485.20 | $ 485.20 |
| | | 510 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5300-00 Wages - § 507(a)(4)><br>[Employee Income Distribution:<br>Claim 5 $ 200.00 KARLA RODRIGUEZ<br>] | $ 0.00 | $ 200.00 | $ 0.00 | $ 200.00 | $ 200.00 |
| | | 510 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5300-00 Wages - § 507(a)(4)><br>[Employee FICA Soc Sec Distribution:<br>Claim 5 $ 49.60 KARLA RODRIGUEZ<br>] | $ 0.00 | $ 49.60 | $ 0.00 | $ 49.60 | $ 49.60 |
| | | 510 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5300-00 Wages - § 507(a)(4)><br>[Employee FICA Medicare Distribution:<br>Claim 5 $ 11.60 KARLA RODRIGUEZ<br>] | $ 0.00 | $ 11.60 | $ 0.00 | $ 11.60 | $ 11.60 |
| | | 510 | EDD BANKRUPTCY GROUP<br>PO BOX 826880<br>SACRAMENTO, CA 94280<br><5300-00 Wages - § 507(a)(4)><br>[Employee Income Tax Distribution:<br>Claim 5 $ 52.80 KARLA RODRIGUEZ<br>] | $ 0.00 | $ 52.80 | $ 0.00 | $ 52.80 | $ 52.80 |
| | | 510 | EDD BANKRUPTCY GROUP<br>PO BOX 826880<br>SACRAMENTO, CA 94280<br><5300-00 Wages - § 507(a)(4)><br>[Employee ETT Distribution:<br>Claim 5 $ 0.80 KARLA RODRIGUEZ<br>] | $ 0.00 | $ 0.80 | $ 0.00 | $ 0.80 | $ 0.80 |
| | | | Total for Priority 510: 100% Paid | $ 800.00 | $ 800.00 | $ 0.00 | $ 800.00 | $ 800.00 |

# Exhibit C
# Claims Distribution Register

**Case: 24-50467 NITE LIFE EAST, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1P | 05/21/24 | 570 | Department of the Treasury<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Amended 1/14/26 to zero | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | 570 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 0.00 | $ 49.60 | $ 0.00 | $ 49.60 | $ 49.60 |
| | | 570 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 0.00 | $ 11.60 | $ 0.00 | $ 11.60 | $ 11.60 |
| | | 570 | Dept. of the U.S. Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 0.00 | $ 48.00 | $ 0.00 | $ 48.00 | $ 48.00 |
| | | 570 | EDD BANKRUPTCY GROUP<br>PO BOX 826880<br>SACRAMENTO, CA 94280<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 0.00 | $ 27.20 | $ 0.00 | $ 27.20 | $ 27.20 |
| | | 570 | EDD BANKRUPTCY GROUP<br>PO BOX 826880<br>SACRAMENTO, CA 94280<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 0.00 | $ 8.00 | $ 0.00 | $ 8.00 | $ 8.00 |
| | | | Total for Priority 570: 100% Paid | $ 0.00 | $ 144.40 | $ 0.00 | $ 144.40 | $ 144.40 |
| | | | Total for Priority Claims: | $ 800.00 | $ 944.40 | $ 0.00 | $ 944.40 | $ 944.40 |

## Unsecured Claims:

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1U | 05/21/24 | 610 | Department of the Treasury<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended 1/14/26 to zero | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | 11/07/24 | 610 | RITA JEAN LITYNSKI<br>Attn: Bibiyan Law Group, P.C.<br>1460 Westwood Blvd.<br>Los Angeles, CA 90024<br><7100-00 General Unsecured - § 726(a)(2)><br>Employment Class Action Litigation; Complaint filed 3/7/24 (no judgment); scheduled as labor dispute (contingent, unliquidated, disputed) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Exhibit C
# Claims Distribution Register



**Case: 24-50467 NITE LIFE EAST, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 11/07/24 | 610 | RITA JEAN LITYNSKI as Class Rep<br>Attn: Bibiyan Law Group, P.C.<br>1460 Westwood Blvd.<br>Los Angeles, CA 90024<br><7100-00 General Unsecured - § 726(a)(2)><br>Employment Class Action Litigation; Complaint filed 3/7/24 (no judgment); scheduled as labor dispute (contingent, unliquidated, disputed) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | 11/07/24 | 610 | Bibiyan Law Group, P.C.<br>1460 Westwood Blvd.<br>Los Angeles, CA 90024<br><7100-00 General Unsecured - § 726(a)(2)><br>Relates to Employment Class Action Litigation; Complaint filed 3/7/24 (no judgment); scheduled as labor dispute (contingent, unliquidated, disputed) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 610: 0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | 05/01/25 | 620 | Deja vu Services, Inc.<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br><7200-00 Tardy General Unsecured - § 726(a)(3)><br>Pre-petition legal fees | $ 3,745.00 | $ 3,745.00 | $ 0.00 | $ 3,745.00 | $ 3,745.00 |
| | | | Total for Priority 620: 100% Paid | $ 3,745.00 | $ 3,745.00 | $ 0.00 | $ 3,745.00 | $ 3,745.00 |
| 5I | 03/17/26 | 640 | KARLA RODRIGUEZ<br>817 COLORADO AVE APT B<br>CHULA VISTA, CA 91911<br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | N/A | $ 50.94 | $ 0.00 | $ 50.94 | $ 50.94 |
| 6I | 03/17/26 | 640 | Deja vu Services, Inc.<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | N/A | $ 393.18 | $ 0.00 | $ 393.18 | $ 393.18 |
| | | | Total for Priority 640: 100% Paid | $ 0.00 | $ 444.12 | $ 0.00 | $ 444.12 | $ 444.12 |
| SURPLUS | 03/17/26 | 650 | NITE LIFE EAST, LLC<br>701 S. CARSON STREET, SUITE 200<br>CARSON CITY, NV 89701<br><8200-00 Surplus Funds Paid to Debtor § 726(a)(6)> | $ 0.00 | $ 24,344.50 | $ 0.00 | $ 24,344.50 | $ 24,344.50 |
| | | | Total for Priority 650: 100% Paid | $ 0.00 | $ 24,344.50 | $ 0.00 | $ 24,344.50 | $ 24,344.50 |
| | | | Total for Unsecured Claims: | $ 3,745.00 | $ 28,533.62 | $ 0.00 | $ 28,533.62 | $ 28,533.62 |
| | | | Total for Case: | $ 15,096.02 | $ 39,156.00 | $ 6,550.74 | $ 32,605.26 | $ 32,605.26 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-50467
Case Name: NITE LIFE EAST, LLC
Trustee Name: Christina Lovato

**Balance on hand:** $ 32,605.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 32,605.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christina Lovato | 2,463.80 | 0.00 | 2,463.80 |
| Trustee, Expenses - Christina Lovato | 663.44 | 0.00 | 663.44 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 1,827.20 | 1,827.20 | 0.00 |
| Other Chapter 7 Administrative Expenses - Modern Bookkeeping, Inc. | 334.39 | 334.39 | 0.00 |
| Other Chapter 7 Administrative Expenses - HVM Investment Company LP | 191.40 | 191.40 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Evans, Nelson & Company, CPAs | 4,197.75 | 4,197.75 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 3,127.24
Remaining balance: $ 29,478.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 29,478.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $944.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 5 | KARLA RODRIGUEZ | 800.00 | 0.00 | 800.00 |
| | Dept. of the U.S. Treasury | 49.60 | 0.00 | 49.60 |
| | Dept. of the U.S. Treasury | 11.60 | 0.00 | 11.60 |
| | Dept. of the U.S. Treasury | 48.00 | 0.00 | 48.00 |
| | EDD BANKRUPTCY GROUP | 27.20 | 0.00 | 27.20 |
| | EDD BANKRUPTCY GROUP | 8.00 | 0.00 | 8.00 |

Total to be paid for priority claims: $ 944.40
Remaining balance: $ 28,533.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2 | RITA JEAN LITYNSKI | 0.00 | 0.00 | 0.00 |
| 3 | RITA JEAN LITYNSKI as Class Rep | 0.00 | 0.00 | 0.00 |
| 4 | Bibiyan Law Group, P.C. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 28,533.62

Tardily filed claims of general (unsecured) creditors totaling $3,745.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Deja vu Services, Inc. | 3,745.00 | 0.00 | 3,745.00 |

Total to be paid for tardily filed general unsecured claims: $ 3,745.00
Remaining balance: $ 24,788.62

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 24,788.62

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.13% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $444.12. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $24,344.50.